UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CRISTHIAN DIAZ, on behalf of himself and
all others similarly situated,

        Plaintiff,

-against-

RAYMOURS FURNITURE COMPANY, INC.,

        Defendant.

No. 16-cv-6487

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as against Defendant, RAYMOURS FURNITURE COMPANY, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendant:
By: _____
Edward T. Groh, Esq.
Raymour & Flanigan
1314 U.S. Highway 22
Phillipsburg, NJ 08865
Telephone: (908) 454-4953
Email: EGroh@raymourflanigan.com

Date: 1/16/17

For the Plaintiff:
By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Email: cklee@leelitigation.com

Date: 1·16·17

SO ORDERED

_____
Hon. William F. Kuntz, II, U.S.D.J.